IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JOHNNIE DEMOND JACKSON, | * |
| Plaintiff, | * |
| v. | Case No. 1:23-CV-105 (WLS)(TQL) |
| | * |
| SHERIFF KEVIN R. SPROUL, | * |
| Defendant. | * |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated July 25, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 26th day of July, 2023.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk